IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CALVIN B. JAMES,  )
  )
    Plaintiff,  )
  )
v.  )  CASE NO. CV419-238
  )
BOBBY L. CHRISTINE, Individual  )
and Official Capacity; and  )
JENNIFER J. KIRKLAND,  )
Individual and Official  )
Capacity;  )
  )
    Defendants.  )
  )

## O R D E R

Before the Court is the Magistrate Judge's April 13, 2021, Report and Recommendation (Doc. 4), to which Plaintiff has not filed objections. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Therefore, Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 24th day of June 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA