# United States District Court
## Southern District of Georgia

CALVIN B. JAMES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV419-238

V.

BOBBY L. CHRISTINE, Individual and Official Capacity; and JENNIFER J. KIRKLAND, Individual and Official Capacity,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated June 24, 2021, the Report and Recommention of the Magistrate Judge is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed, and this case stands closed.

June 24, 2021            John E. Triplett, Clerk of Court
*Date*            *Clerk*



*(By) Deputy Clerk*